**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**NEW BERN DIVISION**

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| HILDA SHACKLEFORD SAFFORD | CASE NO.: 24-04496-5-JNC |
| DEBTOR | |

**RESPONSE TO MOTION TO RECONSIDER ORDER**
**CONFIRMING CHAPTER 13 PLAN**

NOW COMES the Debtor, by and through undersigned counsel, responding to the Motion to Reconsider Order Confirming Chapter 13 Plan and showing unto the Court as follows:

1. The Debtor filed a petition under Chapter 13 of the United States Bankruptcy Code on December 30, 2024.

2. The Debtor's Chapter 13 Plan was confirmed on March 13, 2025.

3. The Debtor proposed, in the Debtor's Chapter 13 Plan, to pay the full balance of the claim of United Bank related to the Debtor's real property located at 314 E. Washington Ave., Kinston, North Carolina, as mortgage arrears, with interest at the rate of 0%.

4. The Debtor does not object to paying interest on the outstanding principal balance of the claim of United Bank at the contractual rate of interest of 8.5% and paying the pre-petition balance of outstanding interest and fees at 0% interest.

WHEREFORE, the undersigned respectfully requests that the Motion to Reconsider Order Confirming Chapter 13 Plan be denied and set for hearing.

This the 11th day of April, 2025.

                                             */s/Lindsay M. Parker*
                                             LINDSAY M. PARKER
                                             GILLESPIE & MURPHY, P.A.
                                             NC State Bar No. 50894
                                             PO Drawer 888
                                             New Bern, NC   28563
                                             (252) 636-2225 phone
                                             (252) 636-0625 facsimile
                                             gmpa@lawyersforchrist.com

CERTIFICATE OF SERVICE

I, Lindsay M. Parker, Attorney at Law certify:

That I am, and at all time hereinafter mentioned was, more than 18 years of age.

That on the 11th day of April, 2025, copies of the foregoing were served upon the following by depositing the same in the United States mail, postage pre-paid, addressed as follows or by electronic notification:

S. Troy Staley                                  Via: CM/ECF
Chapter 13 Trustee

Eudora F.S. Arthur
Womble Bond Dickinson (US) LLP
555 Fayetteville Street, Suite 1100
Raleigh, NC 27601

Hilda Shackleford Safford
314 E. Washington Avenue
Kinston, NC 28501-4461

I certify under penalty of perjury that the foregoing is true and correct.

DATED:    April 11, 2025

/s/Lindsay M. Parker
Lindsay M. Parker

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
NEW BERN DIVISION

IN RE:                                              CHAPTER 13
HILDA SHACKLEFORD SAFFORD       CASE NO.: 24-04496-5-JNC
        DEBTOR

**RESPONSE TO MOTION TO RECONSIDER ORDER
CONFIRMING CHAPTER 13 PLAN**

NOW COMES the Debtor, by and through undersigned counsel, responding to the Motion to Reconsider Order Confirming Chapter 13 Plan and showing unto the Court as follows:

1. The Debtor filed a petition under Chapter 13 of the United States Bankruptcy Code on December 30, 2024.
2. The Debtor's Chapter 13 Plan was confirmed on March 13, 2025.
3. The Debtor proposed, in the Debtor's Chapter 13 Plan, to pay the full balance of the claim of United Bank related to the Debtor's real property located at 314 E. Washington Ave., Kinston, North Carolina, as mortgage arrears, with interest at the rate of 0%.
4. The Debtor does not object to paying interest on the outstanding principal balance of the claim of United Bank at the contractual rate of interest of 8.5% and paying the pre-petition balance of outstanding interest and fees at 0% interest.

WHEREFORE, the undersigned respectfully requests that the Motion to Reconsider Order Confirming Chapter 13 Plan be denied and set for hearing.

This the 11th day of April, 2025.

                                                 */s/Lindsay M. Parker*
                                                 LINDSAY M. PARKER
                                                 GILLESPIE & MURPHY, P.A.
                                                 NC State Bar No. 50894
                                                 PO Drawer 888
                                                 New Bern, NC  28563
                                                 (252) 636-2225 phone
                                                 (252) 636-0625 facsimile
                                                 gmpa@lawyersforchrist.com

CERTIFICATE OF SERVICE

I, Lindsay M. Parker, Attorney at Law certify:

That I am, and at all time hereinafter mentioned was, more than 18 years of age.

That on the 11th day of April, 2025, copies of the foregoing were served upon the following by depositing the same in the United States mail, postage pre-paid, addressed as follows or by electronic notification:

S. Troy Staley                              Via: CM/ECF
Chapter 13 Trustee

Eudora F.S. Arthur
Womble Bond Dickinson (US) LLP
555 Fayetteville Street, Suite 1100
Raleigh, NC 27601

Hilda Shackleford Safford
314 E. Washington Avenue
Kinston, NC 28501-4461

I certify under penalty of perjury that the foregoing is true and correct.

DATED:    April 11, 2025

                                            /s/Lindsay M. Parker
                                            Lindsay M. Parker